No. 75–5248.   NORWOOD *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 75–5255.   KLEINSCHMIDT *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75–5256.   FLANAGAN *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied. ■

No. 75–5257.   SHARLOW *v.* LUCEY, GOVERNOR OF WISCONSIN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 75–5260.   DAVALLE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 75–5264.   COCHRAN *v.* MARKS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 75–5269.   WASHINGTON *v.* HENDERSON, WARDEN. Sup. Ct. La.   Certiorari denied.

No. 75–5272.   CHAPMAN *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 75–5273.   KENYON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 75–5274.   SMITH *v.* RIDDLE, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied. ■

No. 75–5285.   STOEHR *v.* INDIANA; and
No. 75–5286.   STOEHR *v.* INDIANA.   Sup. Ct. Ind. Certiorari denied.   Reported below: 263 Ind. 208, 328 N. E. 2d 422.

No. 75–5290.   ANONYMOUS ET AL. *v.* NORTON, COMMISSIONER OF WELFARE OF CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.